

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-26-00155-CR

Ally Peru **CHATTMAN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 365th Judicial District Court, Dimmit County, Texas
Trial Court No. 24-06-03808-DCRAJA
Honorable Amado J. Abascal III, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
               Irene Rios, Justice
               Velia J. Meza, Justice

Delivered and Filed: March 25, 2026

DISMISSED

Appellant, Ally Peru Chattman, has filed a motion to dismiss his appeal. *See* TEX. R. APP. P. 42.2(a). The motion, which is signed by Chattman and his counsel, complies with Texas Rule of Appellate Procedure 42.2(a). *See id*. No opinion has issued.

Accordingly, we grant the motion and dismiss this appeal. *See id*.  We dismiss any other pending motions as moot.

PER CURIAM

DO NOT PUBLISH